# Order

Michigan Supreme Court
Lansing, Michigan

January 24, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153081 & (97)(98)
153345 & (99)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellant,

v

KENYA ALI HYATT,
    Defendant-Appellee.
_____/

SC:  153081
COA:  325741
Genesee CC:  13-032654-FC

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

KENYA ALI HYATT,
    Defendant-Appellant.
_____/

SC:  153345
COA:  325741
Genesee CC:  13-032654-FC

On order of the Court, the motion for immediate consideration is GRANTED and the joint motion for immediate consideration is GRANTED in part.  The amended applications for leave to appeal the July 21, 2016 judgment of the Court of Appeals, and the application for leave to appeal the January 19, 2016 judgment of the Court of Appeals, are considered.  We direct the Clerk to schedule oral argument on whether to grant the application for leave to appeal in Docket No. 153081 or take other action.  MCR 7.305(H)(1).  The parties shall file supplemental briefs within 42 days of the date of this order addressing whether the conflict-resolution panel of the Court of Appeals erred by applying a heightened standard of review for sentences imposed under MCL 769.25.  The parties should not submit mere restatements of their application papers.

We direct the Clerk to schedule the oral argument in this case for the same future session of the Court when it will hear oral argument in *People v Skinner* (Docket No. 152448).

The Criminal Defense Attorneys of Michigan and the Prosecuting Attorneys Association of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.

The applications for leave to appeal in Docket No. 153345 remain pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2017



Clerk

a0117